IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEREK L.W. DAVIS,              :
    Plaintiff,                 :
                             :
    v.                     :        CIVIL ACTION NO. 26-CV-1595
                             :
FRIENDS HOSPITAL, *et al.*    :
    Defendants.            :

## ORDER

AND NOW, this 27th day of March, 2026, upon consideration of Plaintiff Derek L.W. Davis's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 6) and Amended Complaint (ECF No. 5), it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Amended Complaint is **DEEMED** filed.

3.      For the reasons stated in the Court's Memorandum, the Amended Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

GAIL A. WEILHEIMER, J.